IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR60 |
| | ) | |
| vs. | ) | |
| | ) | |
| TRACY INMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue Trial [59]. For the reasons set forth in the motion and the communication the court had with the attorneys, the undersigned magistrate judge finds that good cause exists for the requested continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [59] is granted, as follows:

1. The jury trial now set for August 23, 2022, is continued to **October 4, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 4, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

**DATED:  August 12, 2022**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge