IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21-CR-60 |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: SERVICE OF PROCESS |
| TRACY INMAN, | ) | |
| Defendant. | ) | |

This matter came before the court on Defendant's oral motion re US Marshal fees for service of process. The court has previously ruled that the defendant is indigent. Eric W. Kruger, a CJA panel member, was appointed to represent the Defendant.

Nebraska Criminal Rule 17.1(d) reads as follows: **Service at Federal Public Defender's Request.** "The marshal serves subpoenas and makes fact witness payments for the Office of the Federal Public Defender. Fact witness vouchers issued for payment must be approved by the federal public defender or assistant federal public defender assigned to the case, whose signature is maintained on record by the marshal." For the purposes of this rule, Mr. Kruger is the public defender assigned to the case.

IT IS ORDERED that the marshal serve the ENCARTELE, INC. doing business as Cidnet subpoena and that the marshal shall make advance witness payments.

Dated this 11 day of August, 2023.

BY THE COURT:

Susan M. Bazis,
United States Magistrate Judge